*In re* JUNTA DE EDUCACIÓN CONTINUA.

*Número:* EM-2002-7          *Resuelto:* 4 de octubre de 2002

## RESOLUCIÓN

En virtud del poder del Tribunal Supremo para reglamentar lo concerniente al ejercicio de la abogacía en Puerto Rico, y la Regla 8(a) del Reglamento de Educación Jurídica Continua, aprobado el 30 de junio de 1998 (146 D.P.R. 494, 498 (1998)), se designan los siguientes distinguidos abogados y abogadas como miembros de la Junta de Educación Continua:

Dr. Efraín González Tejera, Presidente

Lcdo. Luis Roberto Piñero

Lcdo. José Alberto Morales

Prof. Roberto Aponte Toro

Hon. Roberto José Sánchez Ramos

Lcda. Tamara Sosa Pascual

Lcdo. Mario R. Oronoz Rodríguez

El doctor González Tejera y los Lcdos. Luis Roberto Piñero y José Alberto Morales se desempeñarán en sus cargos por un término de cinco años. El Prof. Roberto Aponte Toro y el Hon. Roberto José Sánchez Ramos se desempeñarán en sus cargos por el término de cuatro años. La Lcda. Tamara Sosa Pascual y el Lcdo. Mario R. Oronoz Rodríguez se desempeñarán en sus cargos por un término de tres años.

La Junta de Educación Continua deberá reunirse y, a la brevedad posible, con el apoyo de la Secretaria del Tribunal Supremo y la Directora del Secretariado de la Conferencia Judicial, presentarle al Tribunal Supremo un Proyecto de Reglas conforme a la Regla 8(d)7 del Reglamento de Educación Jurídica Continua.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribu-

nal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*